ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
J.P. SCHREIBER, CA Bar No. 317829
john.schreiber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendants
FLOWERS FOODS, INC., FLOWERS BAKING
CO. OF MODESTO, LLC, and FLOWERS
BAKING CO. OF HENDERSON, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JAMES BARBOZA, MANUEL MARQUEZ, FRANCIS REAPORT, MATTHEW BLEHM, LARRY LUNDVALL, EDWARD SMITH, GARY HAYES, MICHAEL MARTINSON and GABRIEL FIERRO, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC., FLOWERS BAKING CO. OF MODESTO LLC, and FLOWERS BAKING CO. OF HENDERSON LLC., <br><br> Defendants. | Case No. 2:19-cv-08094-GW (Ex) <br><br> **STIPULATION REQUESTING STAY PENDING MEDIATION AND CONTINUANCE OF TRIAL DATE** <br><br> Judge:            Hon. George H. Wu <br> Complaint Filed:  August 6, 2019 <br> Date of Removal:  September 18, 2019 <br> Trial:            September 15, 2020 |

## STIPULATION

Plaintiffs RAUL JAMES BARBOZA, MANUEL MARQUEZ, FRANCIS REAPORT, MATTHEW BLEHM, LARRY LUNDVALL, EDWARD SMITH, GARY HAYES, MICHAEL MARTINSON and GABRIEL FIERRO ("Plaintiffs") and Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF MODESTO, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC ("Defendants") (collectively, the "Parties") by and through their respective undersigned counsel, hereby jointly present this Stipulation as follows:

WHEREAS, Plaintiffs filed their complaint in the Superior Court for Los Angeles County on August 6, 2019, and Defendants filed their answer to the complaint in the Superior Court for Los Angeles County on September 17, 2019;

WHEREAS, Defendants removed this action to this Court on September 18, 2019, from the Superior Court for Los Angeles County;

WHEREAS, Plaintiffs represented in the Parties' Joint Rule 26(f) Report they intended to file an early motion for partial summary judgment on Plaintiffs' employment status under California law (ECF No. 15 at 3:10-11);

WHEREAS, Defendants filed a Motion to Stay this Action Pending the Resolution of Whether the "ABC" Test Applies Retroactively and Whether the FAAAA Preempts the "ABC" Test on November 18, 2019 ("Motion to Stay");

WHEREAS, Defendants served Plaintiffs with discovery requests on November 26, 2019, for purposes of opposing Plaintiffs' anticipated early motion for partial summary judgment on employment status;

WHEREAS, Defendants' Motion to Stay came on for hearing on February 3, 2020, but was continued to February 20, 2020, to allow the Parties an opportunity to submit supplemental briefing regarding recent appeals relating to whether the "ABC" Test is preempted by the FAAAA;

WHEREAS, on February 14, 2020, the Parties agreed to attend an early mediation with mediator Hunter Hughes, Esq., scheduled for June 23, 2020;

WHEREAS, in light of the scheduled mediation and desire to focus the Parties' efforts on preparing for mediation, the Parties wish to continue the February 20, 2020 hearing on Defendants' pending Motion to Stay until one week after the June 23, 2020 mediation date or as soon thereafter as practicable for the Court;

WHEREAS, until the Court rules on Defendants' Motion to Stay, the Parties agree to stay all litigation except that Plaintiffs will provide substantive responses and objections to Defendants' outstanding written discovery requests by March 23, 2020, for Defendants' use at mediation;

WHEREAS, if the mediation is unsuccessful and Defendants' Motion to Stay is denied, Defendants will depose each of the Plaintiffs within 60 days of the Court's ruling on Defendants' Motion to Stay;

WHEREAS, in light of the agreed upon stay and mediation, the Parties request the current trial date of September 15, 2020, be taken off calendar and a new trial date be set at a Case Management Conference to be held after the Court's ruling on Defendants' Motion to Stay.

THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

1. The hearing on Defendants' Motion to Stay scheduled for February 20, 2020, should be continued until at least one week after the Parties' June 23, 2020 mediation;

2. Until the Court rules on Defendants' Motion to Stay, all litigation will be stayed except that Plaintiffs will provide substantive responses and objections to Defendants' outstanding written discovery requests by March 23, 2020, for Defendants' use at mediation;

3. If the June 23, 2020 mediation is unsuccessful and Defendants' Motion to Stay is denied, Defendants will depose each of the Plaintiffs within 60 days of the Court's ruling on Defendants' Motion to Stay;

4. In light of the mediation and stay, the current trial date of September 15, 2020, should be taken off calendar and a new trial date should be set at a Case

1  Management Conference to be held after the Court's ruling on Defendants' Motion
2  to Stay.

3       IT IS SO STIPULATED:

6  DATED: February 18, 2020          RUKIN, HYLAND & RIGGIN, LLP

8                                    By: /s/ *Peter Rukin*
9                                        PETER RUKIN
                                         VALERIE BRENDER

10 DATED: February 18, 2020          LEONARD CARDER, LLP
11

12                                   By: /s/ *Aaron Kaufman*
13                                       AARON KAUFMANN
                                         ELIZABETH GROPMAN
14
15                                   Attorneys for Plaintiffs
                                     RAUL JAMES BARBOZA, MANUEL
                                     MARQUEZ, FRANCIS REAPORT,
16                                   MATTHEW BLEHM, LARRY LUNDVALL,
                                     EDWARD SMITH, GARY HAYES,
17                                   MICHAEL MARTINSON and GABRIEL
                                     FIERRO
18
19 DATED: February 18, 2020          OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.
20

21                                   By:  /s/ *Jared L. Palmer*
22                                       ALEXANDER M. CHEMERS
                                         JARED L. PALMER
23                                       J.P. SCHREIBER

24                                   Attorneys for Defendants
                                     FLOWERS FOODS, INC., FLOWERS
25                                   BAKING CO. OF MODESTO, LLC, and
                                     FLOWERS BAKING CO. OF
26                                   HENDERSON, LLC

27

28

STIPULATION REQUESTING STAY PENDING MEDIATION AND CONTINUANCE OF TRIAL DATE

1      Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I certify

2 that all other signatories listed, and on whose behalf this document is submitted,

3 concur in the filing's content and have authorized the filing.

4

5 DATED: February 18, 2020      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6

7

8      By: */s/ Jared L. Palmer*
     ALEXANDER M. CHEMERS

9      JARED L. PALMER
     J.P. SCHREIBER

10      Attorneys for Defendants
     FLOWERS FOODS, INC., FLOWERS

11      BAKING CO. OF MODESTO, LLC, and
     FLOWERS BAKING CO. OF

12      HENDERSON, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28