Peter Rukin, SBN 178336
*prukin@rukinhyland.com*
Valerie Brender, SBN 298224
*vbrender@rukinhyland.com*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Ste. 290
Oakland, CA 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Aaron Kaufmann, SBN 148580
*akaufmann@leonardcarder.com*
Elizabeth Gropman, SBN 294156
*egropman@leonardcarder.com*
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY BARBOZA, MANUEL MARQUEZ, FRANCIS REAPORT, MATTHEW BLEHM, LARRY LUNDVALL, EDWARD SMITH, GARY HAYES, MICHAEL MARTINSON and GABRIEL FIERRO,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., FLOWERS BAKING CO. OF MODESTO LLC, and FLOWERS BAKING CO. OF HENDERSON LLC.,<br><br>Defendants. | **CASE NO. 2:19-cv-08094-GW-Ex**<br><br>**STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE PENDING STAY AND MEDIATION**<br><br>Judge:          Hon. Judge H. Wu<br>Complaint Filed:   August 6, 2019<br>Trial:          September 18, 2019 |

---

## STIPULATION

Plaintiffs RAUL JAMES BARBOZA, MANUEL MARQUEZ, FRANCIS REAPORT, MATTHEW BLEHM, LARRY LUNDVALL, EDWARD SMITH, GARY HAYES, MICHAEL MARTINSON and GABRIEL FIERRO ("Plaintiffs") and Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF MODESTO, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC ("Defendants") (collectively, the "Parties") by and through their respective undersigned counsel, hereby jointly present this Stipulation as follows:

WHEREAS, Plaintiffs field their complaint in the Superior Court of Los Angeles County on August 6, 2019, and Defendants filed their answer to the complaint in the Superior Court for Los Angeles County on September 17, 2019;

WHEREAS, Defendants removed this action to this Court on September 18, 2019, from the Superior Court for Los Angeles County;

WHEREAS, Plaintiffs represented in the Parties' Joint Rule 26(f) Report they intended to file an early motion for partial summary judgment on Plaintiffs' employment status under California law (ECF No. 15 at 3:10-11);

WHEREAS, following a Scheduling Conference with the Court on November 14, 2019, the Court set the following dates in this case (ECF No. 16):

| | |
|---|---|
| Mediation Cutoff | May 13, 2020 |
| Post-Mediation Status Conference | May 14, 2020 at 8:30 a.m. |
| Discovery Cutoff | June 5, 2020 |
| Expert Discovery Cutoff | July 7, 2020 |
| Motion Hearing Cutoff | August 3, 2020 |
| Pretrial Conference | September 3, 2020 at 8:30 a.m. |
| Jury Trial | September 15, 2020 at 9:00 a.m. |

WHEREAS, the Parties filed a Stipulation on February 18, 2020, notifying the Court that the Parties agreed to attend an early mediation with Hunter Hughes, Esq., scheduled for June 23, 2020;

1    WHEREAS, on February 20, 2020, this Court granted Defendants' Motion to
2    Stay This Action Pending the Resolution of Whether the "ABC" Test Applies
3    Retroactively and Whether the FAAAA Preempts the "ABC" Test (ECF No. 36);
4    WHEREAS, the Court stayed this matter until, and set a status conference for,
5    July 9, 2020 (*Id.*);
6    WHEREAS, in light of the Court-ordered stay and the scheduled mediation, the
7    Parties request that the current trial date of September 15, 2020, and all other dates in
8    the scheduling order (ECF No. 16), be taken off calendar and a new trial date be set at
9    the July 9, 2020 status conference.
10    THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT:
11    1.    In light of the Court-ordered stay and the scheduled mediation, the Parties
12    request that the current trial date of September 15, 2020, and all other dates in the
13    scheduling order (ECF No. 16), be taken off calendar and a new trial date be set at the
14    July 9, 2020 status conference.
15    IT IS SO STIPULATED.
16    //
17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //

STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE PENDING STAY AND MEDIATION
Case No. 2:19-cv-08094-GW-Ex

1

2  DATED:  March 16, 2020                    LEONARD CARDER LLP

3

4                                            By: */s/ Elizabeth Gropman*

5                                               AARON KAUFMANN
                                                ELIZABETH GROPMAN
6                                               *Attorneys for Plaintiffs*

7                                               RUKIN HYLAND & RIGGIN LLP

8

9                                            By: */s/ Peter Rukin*
                                                PETER RUKIN
10                                              VALERIE BRENDER
11                                              *Attorneys for Plaintiffs*

12  DATED:  March 16, 2020                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
13

14                                           By: */s/ Alexander M. Chemers*

15                                              ALEXANDER M. CHEMERS
                                                JARED L. PALMER
16                                              *Attorneys for Defendants*

17
                   **SIGNATURE ATTESTATION Local Rule 5-4.3.4(a)(2)(i)**
18
          I, Elizabeth Gropman, attest that the other signatory to this document concurs in the filing of
19
    this document.
20
                                               */s/ Elizabeth Gropman*
21                                               Elizabeth Gropman

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE PENDING STAY AND MEDIATION
Case No. 2:19-cv-08094-GW-Ex