# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-8094-GW-Ex | Date | July 9, 2020 |
|---|---|---|---|
| Title | *Raul James Barboza, et al. v. Flowers Foods, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter S. Rukin | Jared L. Palmer |

**PROCEEDINGS:     TELEPHONIC CONFERENCE**

Court and counsel confer. The Court will lift the stay on limited discovery as stated on the record. Counsel are to meet and confer. Counsel are to file a stipulation re discovery, or if an agreement is not reached, both sides' position brief by noon on July 27, 2020. The Court will not entertain any summary judgment motions until the issues on appeal are resolved.

|  | : | 07 |
|---|---|---|
| Initials of Preparer | JG | |