1  Peter Rukin, SBN 178336
   *prukin@rukinhyland.com*
2  Valerie Brender, SBN 298224
3  *vbrender@rukinhyland.com*
   RUKIN HYLAND & RIGGIN LLP
4  1939 Harrison Street, Ste. 290
5  Oakland, CA 94612
   Telephone: (415) 421-1800
6  Facsimile: (415) 421-1700
7
8  Aaron Kaufmann, SBN 148580
   *akaufmann@leonardcarder.com*
9  Elizabeth Gropman, SBN 294156
   *egropman@leonardcarder.com*
10 LEONARD CARDER, LLP
11 1999 Harrison, Suite 2700
   Oakland, CA 94612
12 Telephone: (510) 272-0169
13 Facsimile: (510) 272-0174

14 *Attorneys for Plaintiffs*

15 (Additional Counsel below)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY BARBOZA, MANUEL MARQUEZ, FRANCIS REAPORT, MATTHEW BLEHM, LARRY LUNDVALL, EDWARD SMITH, GARY HAYES, MICHAEL MARTINSON and GABRIEL FIERRO,<br><br>Plaintiffs,<br>v.<br>FLOWERS FOODS, INC., FLOWERS BAKING CO. OF MODESTO, LLC, and FLOWERS BAKING CO. OF HENDERSON, LLC,<br><br>Defendants. | **CASE NO. CV 19-8094-GW-Ex**<br><br>**ORDER GRANTING STIPULATION REGARDING DISCOVERY**<br><br>Date: July 30, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D |

1  ALEXANDER M. CHEMERS, SBN 263726
2  alexander.chemers@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
3  STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213-239-9800
6  Facsimile: 213-239-9045

7  JARED L. PALMER, SBN 287974
8  jared.palmer@ogletree.com
   J.P. SCHREIBER, SBN 317829
9  john.schreiber@ogletree.com
10 OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
11 Steuart Tower, Suite 1300 One Market Plaza
12 San Francisco, CA 94105
   Telephone: 415-442-4810
13 Facsimile: 415-442-4870

14
   Attorneys for Defendants
15 FLOWERS FOODS, INC., FLOWERS BAKING
16 CO. OF MODESTO, LLC, and FLOWERS
   BAKING CO. OF HENDERSON, LLC

17

18

19

20

21

22

23

24

25

26

27

28

Upon review of the Stipulation submitted by both Parties, the Court hereby GRANTS the Parties' stipulation regarding discovery.

The Court HEREBY ORDERS the following:

1. Plaintiffs shall propound a round of written discovery, followed by a Rule 30(b)(6) deposition of Defendants;
2. Plaintiffs shall respond to Defendants' outstanding written discovery, with the depositions of Plaintiffs to follow;
3. The Parties shall, to the extent possible, comprehensively cover topics and issues in deposition applicable to the ABC Test so that a reopening of depositions is not necessary following the California Supreme Court's decision in *Vazquez v. Jan-Pro Franchising Int'l., Inc.*, No. S258191, and the Ninth Circuit's decision in *Cal. Trucking Assoc., et al. v. Xavier Becerra, et al.*, No. 20-55106.

**IT IS SO ORDERED.**

DATED: July 28, 2020

_____
Hon. George H. Wu
United States District Judge