# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-8094-GW-Ex | Date | June 27, 2022 |
|---|---|---|---|
| Title | *Raul James Barboza, et al. v. Flowers Foods, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on June 23, 2022 [96]. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for July 28, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 27, 2022.

:

| Initials of Preparer | JG |
|---|---|